IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN CHRISTOPHER SHIPMAN, # 241636, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 1:18-CV-913-WKW [WO] |
| MICHAEL STRICKLAND, STEVEN T. MARSHALL, Attorney General of the State of Alabama, and STATE OF ALABAMA, | ) ) ) ) ) ) | |
| Respondents. | ) | |

## **ORDER**

On January 22, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 20th day of February, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE